## Antonio BRITT *v.* STATE of Arkansas

CR 97-200                                    942 S.W.2d 251

Supreme Court of Arkansas
Opinion delivered April 14, 1997

*Ronald C. Wilson*, for appellant.

No response.

PER CURIAM. Ronald C. Wilson, attorney for appellant, Antonio Britt, has filed a motion to withdraw as counsel, stating that it would be in the best interest of all concerned.

The motion further states that another attorney, Don Forrest, has expressed an interest in handling the case. However, as of this date, no motion to appoint substitute counsel has been filed on behalf of appellant.

The motion is, therefore, denied.